■ ANNA ALFIERI, an Infant, by Her Parent and Natural Guardian, MARJORIE ALFIERI, et al., Appellants, v LEWIS GENERAL TIRES, INC., et al., Respondents, et al., Defendant. (Appeal No. 2.)—Judgment unanimously affirmed, without costs. Same memorandum as in *Alfieri v Lewis Gen. Tires* (62 AD2d 1135). (Appeal from judgment of Monroe Supreme Court—automobile negligence.) Present—Moule, J. P., Cardamone, Simons, Dillon and Hancock, Jr., JJ.

■ ARTHUR F. CAMMARONO, Respondent, v JOSEPH J. ALFIERI, Appellant. (Appeal No. 3.)—Judgment unanimously affirmed, without costs. Same memorandum as in *Alfieri v Lewis Gen. Tires* (62 AD2d 1135). (Appeal from judgment of Monroe Supreme Court—automobile negligence.) Present—Moule, J. P., Cardamone, Simons, Dillon and Hancock, Jr., JJ.

■ JOSEPH ALFIERI, Appellant, v LEWIS GENERAL TIRES, INC., et al., Respondents. (Appeal No. 4.)—Judgment unanimously affirmed, without costs. Same memorandum as in *Alfieri v Lewis Gen. Tires* (62 AD2d 1135). (Appeal from judgment of Monroe Supreme Court—automobile negligence.) Present—Moule, J. P., Cardamone, Simons, Dillon and Hancock, Jr., JJ.